# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 14 WM 2024
:
Respondent                      :
:
:
v.                              :
:
:
JOHN ELLSWORTH O'HARA,          :
:
Petitioner                      :

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of May, 2024, the Application for Leave to File Original Process is GRANTED, and the "Motion in the Nature of Mandamus" is DENIED.